[No. 39521-1-I.    Division One.    January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
M. EVETTS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00193-1, Linda C. Krese, J., entered September 18, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 39529-7-I.    Division One.    January 26, 1998.]

*In the Matter of the Marriage of* BRENDA KAY
HIGMAN, *Respondent*, and JOHN CHARLES HIGMAN,
*Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-3-00003-7, David A. Nichols, J., entered September 17, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 39542-4-I.    Division One.    January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA
HADDIX, ET AL., *Defendants*, GEORGE J. FELDER,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03594-3, Ricardo S. Martinez, J., entered October 21, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 39884-9-I.    Division One.    January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR
LEROY PERKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04442-0, Joan DuBuque, J., entered December 16, 1996. *Affirmed* by unpublished per curiam opinion.